FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2004

at 3 o'clock and 15 min __ M
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR 04-00054 HG |
|---|---|
| Plaintiff, | ) INDICTMENT |
|  | ) [21 U.S.C. § 846] |
| vs. | ) |
| LARRY PAGAN, | ) |
| Defendant. | ) |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 21, 2003, in the District of Hawaii, defendant LARRY PAGAN, did knowingly and intentionally attempt to possess, with intent to distribute, 100 grams or more of heroin, a Schedule I controlled substance.

SEALED
BY ORDER OF THE COURT

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges that:

On or about July 21, 2003, in the District of Hawaii, defendant LARRY PAGAN, did knowingly and intentionally attempt to possess, with intent to distribute, a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

DATE: JAN 29, 2004    , 2004, Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Larry Pagan
Cr. No. _____
INDICTMENT

2