EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2005

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| Plaintiff, | ) SUPERSEDING INDICTMENT |
| vs. | ) [21 U.S.C. §§ 846 and 841(a)(1)] |
| LARRY PAGAN, | ) |
| Defendant. | ) |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown but from at least on or about November 1, 2002 to on or about July 21, 2003, in the District of Hawaii and elsewhere, defendant LARRY PAGAN did conspire with

Dionisio Castaneda-Banuelos, Hugo Sanchez-Velazquez, not defendants herein and with other persons known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## Overt Acts

In furtherance of the conspiracy and to effect the objectives of the conspiracy, the defendants and his co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

1. On or about November 1, 2002, defendant LARRY PAGAN telephoned Hugo Sanchez-Velazquez;

2. On or about November 2, 2002, defendant LARRY PAGAN telephoned Hugo Sanchez-Velazquez;

3. On or about November 14, 2002, Dionisio Castaneda-Banuelos telephoned defendant LARRY PAGAN;

4. On or about November 16, 2002, Dionisio Castaneda-Banuelos telephoned defendant LARRY PAGAN;

5. On or about November 20, 2002, defendant LARRY PAGAN telephoned Dionisio Castaneda-Banuelos;

6. On or about November 21, 2002, defendant LARRY PAGAN telephoned Dionisio-Castaneda-Banuelos;

7. On or about November 22, 2002, defendant LARRY PAGAN telephoned Dionisio-Castaneda-Banuelos;

8. On or about November 26, 2002, Dionisio Castaneda-Banuelos telephoned defendant LARRY PAGAN;

9. On or about November 27, 2002, Dionisio Castaneda-Banuelos telephoned defendant LARRY PAGAN;

10. On or about December 4, 2002, Dionisio Castaneda-Banuelos and Hugo Sanchez-Velazquez attempted to possess with intent to distribute 527 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance;

11. On or about July 17, 2003, defendant LARRY PAGAN caused to be sent by Federal Express package services from California to Hawaii a package containing 174 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 25 grams of cocaine, a Schedule II controlled substance;

12. On or about July 21, 2003, defendant LARRY PAGAN attempted to possess with intent to distribute approximately 174 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and approximately 25 grams of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

### Count 2

The Grand Jury further charges that:

On or about July 21, 2003, in the District of Hawaii, defendant LARRY PAGAN did knowingly and intentionally attempt to possess with intent to distribute 100 grams or more of a mixture containing a detectable amount of heroin, that is, approximately 174 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

### Count 3

The Grand Jury charges that:

On or about July 21, 2003, in the District of Hawaii, defendant LARRY PAGAN did knowingly and intentionally attempt to possess, with intent to distribute, approximately 25 grams of cocaine, a Schedule II controlled substance.

//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 846.

DATE: APR 1 4 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Larry Pagan
Cr. No. 04-00054 ACK
SUPERSEDING INDICTMENT