EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00054 ACK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION IN LIMINE; |
| | ) | EXHIBITS 1-2 |
| vs. | ) | |
| | ) | |
| | ) | Trial Date:  January 10, 2006 |
| LARRY PAGAN, | ) | Time:        9:00 a.m. |
| | ) | Juge:        Hon. Alan C. Kay |
| Defendant. | ) | |

UNITED STATES' MOTION IN LIMINE

The United States moves the Court for an order barring the defendant from arguing before the jury that other individuals with apparent criminal liability are not on trial with the defendant and have not been indicted.

At the trial the Court gave instruction No. 18, see Exhibit 1.  That is a standard instruction of this Court.  See Instruction No. 18A of U.S. District Judges Helen Gillmor, David A. Ezra, and J. Michael Seabright and Instruction No. 19A of U.S. District Judge Susan O. Mollway.

      Counsel for the defendant argued in his closing argument that other people, such as Sergio Cruz, Homer Lee Brake and Miguel Torres were not arrested and were not in the courtroom.  <u>See</u> Exhibit 2.

      Such argument invites the jury to do exactly what Instruction No. 18 tells them not to:  consider the culpability of other individuals in arriving at a verdict as to the defendant.  The defendant should be barred from making such arguments.

      DATED:  January 4, 2006, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

                                      /s/ Thomas Muehleck
                        By_____
                            THOMAS MUEHLECK
                            Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the forgoing was served on the following at their his known addresses:

a copy of the foregoing document

Served by First Class Mail:

>RUSTAM BARBEE, ESQ.
>1188 Bishop St., Suite 1310
>Honolulu, HI 96813
>
>Counsel for Defendant
>LARRY PAGAN
>
>DATED: January 4, 2006, at Honolulu, Hawaii.

/s/ Patricia Redondo
_____