1

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE

 2                          DISTRICT OF HAWAII

 3    UNITED STATES OF AMERICA,    )   CRIMINAL NO. 04-00054ACK
                                   )
 4              Plaintiff,         )   Honolulu, Hawaii
                                   )   August 26, 2005
 5         vs.                     )   9:09 a.m.
                                   )
 6    LARRY PAGAN,                 )   FURTHER JURY TRIAL
                                   )   VOLUME 4
 7              Defendant.         )
      _____)
 8
                          TRANSCRIPT OF JURY TRIAL
 9                  BEFORE THE HONORABLE ALAN C. KAY,
                   SENIOR UNITED STATES DISTRICT JUDGE
10
      APPEARANCES:
11
      For the Government:              THOMAS MUEHLECK, Esq.
12                                     Assistant U.S. Attorney
                                       District of Hawaii
13                                     Room 6100 - PJKK Federal Bldg.
                                       300 Ala Moana Blvd.
14                                     Honolulu, Hawaii 96813

15

16    For the Defendant:               RUSTAM A. BARBEE, Esq.
                                       Century Square
17                                     1188 Bishop Street, Suite 2606
                                       Honolulu, Hawaii 96813

18

19

20    Official Court Reporter:         Cynthia Tando Fazio, RMR, CRR
                                       United States District Court
21                                     P.O. Box 50131
                                       Honolulu, Hawaii 96850

22

23

24
      Proceedings recorded by machine shorthand, transcript produced
25    with computer-aided transcription (CAT).
```

**EXHIBIT 2**

1   21st, an attempted possession of heroin that was taken off by
2   Agent Jones and the DEA crew, and an attempted possession on
3   that same day of a quantity of cocaine that was also found in
4   the package of Agent Jones.  And I ask you to return a finding
5   of guilty as to all three counts.  Thank you.
6          THE COURT:  Mr. Barbee?
7          MR. BARBEE:  The government's conspiracy theory is,
8   frankly, very confusing and convoluted.
9          And I submit to you that it doesn't reach the legal
10  requirements of proof beyond a reasonable doubt.  Proof beyond
11  a reasonable doubt, Judge Kay explained a little bit of it to
12  you in your preliminary instructions on the very first day that
13  you were impaneled as the jury.
14         And basically what he explained in a nutshell is that,
15  two things.  In the American legal system the defendant starts
16  not in even keel on balance, if this is the scales of justice
17  (indicating), but the defendant starts with actually a
18  presumption of innocence.  So the scales will be tilted very
19  sharply presuming him to be not guilty.
20         Only if the government is able to, through the
21  evidence, tilt those scales all the way over, not to just
22  probably, not to just more than likely, but all the way over to
23  beyond a reasonable doubt and remove all of your reasonable
24  doubts as to the issue, then and only then is a person to be
25  found guilty under our system of justice.

```
 1   attempted to possess heroin and cocaine knowingly.  With regard
 2   to those counts, the jury instructions which Judge Kay will
 3   have read to you, the defendant -- in order for you to convict
 4   defendant of the Counts 2 or 3, starting with 2 -- excuse me --
 5   that the -- first, the defendant intended to possess a
 6   detectable amount of heroin with the intent to deliver.  And
 7   Count 3, that the defendant intended to possess cocaine with
 8   intent to deliver.
 9           Well, again, on this the government presents a
10   circumstantial case.  They show these wire transfers, all of
11   which -- all of which go to this guy here (indicating).
12   Mr. Muehleck referred to him as San Francisco Cruz.  He's
13   Smiley Cruz.  He's a happy guy.  He's smiling pretty big there.
14   Why?  Well, I guess because he's not here in the courtroom.
15   Somebody else left holding the bag for him.  That's why he's
16   smiling.
17           He wasn't arrested.  Homer Lee Brake wasn't arrested.
18   Ramon, whoever that guy is, wasn't arrested.  Torres, whoever,
19   that Miki, all these other people on the outside in the
20   periphery of the theory, the conspiracy theory, none of those
21   people are arrested either.
22           MR. MUEHLECK:  I'm going to object because the
23   instruction provides, of course, that you are not called upon
24   to render a verdict as to guilt or innocence of any other
25   persons or persons not on trial as a defendant in this case.  I
```