EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00054 ACK |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' ADDITIONAL PROPOSED |
| VS. | ) | JURY INSTRUCTION; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| LARRY PAGAN, | ) | TRIAL DATE: January 10, 2006 |
| | ) | TIME:       9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Alan C. Kay |
| _____ | ) | |

## UNITED STATES' ADDITIONAL PROPOSED JURY INSTRUCTION

The following additional proposed jury instruction is hereby provided to this Court.

DATED:  January 9, 2006, at Honolulu, Hawaii.

                                       EDWARD H. KUBO, JR.
                                       United States Attorney
                                       District of Hawaii


                                       By /s/ Thomas Muehleck
                                           THOMAS MUEHLECK
                                           Assistant U.S. Attorney

## UNITED STATES PROPOSED JURY INSTRUCTION

A separate crime or offense is charged in each count of the indictment. Each charge and the evidence pertaining to it should be considered separately. The fact that you may find the Defendant guilty or not guilty as to one of the offenses charged should not control you verdict as to any other offense charged.

I caution you, members of the Jury, that you are here to determine the guilty or innocence of the accused from the evidence in this case. The Defendant is not on trial for any act or conduct or offense not alleged in the indictment. Neither are you called upon to return a verdict as to the guilt or innocence of any other person or persons not on trial as a Defendant in this case. The United States through the United States Attorney's Office has the responsibility and discretion to make decisions on who to charge and what crimes to charge through the grand jury process. You are not to consider nor question that decision in reaching a verdict as to the guilt or innocence of the defendant in this case.

Also, the punishment provided by law for the offense charged in the indictment is a matter exclusively within the province of the court or judge, and should never be considered by the jury in any way, in arriving at an impartial verdict as to the guilt or innocence of the accused.

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    RUSTAM BARBEE, ESQ.                   January 9, 2006
    1188 Bishop St., Suite 1310
    Honolulu, HI 96813

    Counsel for Defendant
    Larry Pagan

                                              /s/ Rowena N. Kang