EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00054 ACK |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED UNITED STATES' WITNESS |
| vs. | ) | LIST; CERTIFICATE OF SERVICE |
| | ) | |
| LARRY PAGAN, | ) | Date:  January 10, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Alan C. Kay |
| | ) | |
| _____ | ) | |

## AMENDED UNITED STATES' WITNESS LIST

The United States hereby submits its witness list.  The witness that the United States may call is as follows:

    (1) Jack Wright - DEA
    (2) Brian Kamimura - State Narcotics Enforcement
       Division
    (3) Richard Jones - DEA
    (4) Raychelle Dungca - HPD Officer
    (5) T-Mobile Cellular Telephone Co.
      Custodian of Records - Kate Garvey
    (6) Eric Linch - California DOJ Agent
    (7) Tanya Tano - DEA TFO
    (8) Ernie Saldua
    (9) Greg Antolin - HCPD Officer
    (10) Hazel Awong

```
(11) Cingular/AT&T Wireless
     Custodian of Records - Joann Kealiinohomoku
(12) Western Union
     Custodian of Records - Don Rigby
(13) John Ryan - DEA Chemist
(14) Shannon DiPari - DEA Chemist
(15) Jeff Ensley - BCBP
(16) Michael Moreland - BICE
(17) Donna Lombardi - BICE
(18) Hawaiian Telcom/Verizon Hawaii
     Custodian of Records
(19) Steve Correia - HCPD Officer
(20) Paul Fukuda - HCPD Officer
(21) Darryl Fernandez - HCPD Officer
(22) Lt. Andy Burian - HCPD Officer
(23) Cellco Partnership dba Verizon Wireless
     Custodian of Records - Cassie Suh
(24) Darrin Johnson - BCBP
(25) Russel Woodward- DEA TFO
(26) Jeff Mertens - DEA TFO
(27) California DMW
     Custodian of Records - Sandy Cook
(28) Hawaii DMW
     Custodian of Records - Alan Nakamoto
(29) Jesse Fourmy - DEA
(30) Brandon Jim On - BICE
```

The United States reserves the right to call any of the defense witnesses and the United States also reserves the right to add or delete names from this witness list if matters change or as the trial develops.

DATED: January 9, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Thomas Muehleck
   THOMAS MUEHLECK
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

RUSTAM BARBEE, ESQ.                           January 9, 2006
1188 Bishop St., Suite 1310
Honolulu, HI 96813

Counsel for Defendant
Larry Pagan


                                              /s/ Rowena N. Kang