

ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam.Barbee@gte.net

Attorney for Defendant
LARRY PAGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at 2 o'clock and 8 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANT PAGAN'S WITNESS |
| | ) LIST; CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| LARRY PAGAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT PAGAN'S WITNESS LIST

The defendant, LARRY PAGAN, hereby submits his list of potential witnesses, attached hereto, in the above-captioned matter.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN

WITNESS LIST

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, Plaintiff, v. LARRY PAGAN, Defendant. | WITNESS LIST CASE NO. 04-00054 ACK |
|---|---|

| Presiding Judge: Aaln C. Kay | Defendant's Attorney: Rustam A. Barbee | Plaintiff's Attorney: Thomas Muehleck |
|---|---|---|

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Fernando Sales |
| 2 | Lillian Salinas |
| 3 | Violet Diedericks |
| 4 | Frank Torres |
| 5 | Jovy Sayles |
| 6 | Natalie Pagan |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |

## CERTIFICATE OF SERVICE

I, ESTHER SOJOT, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on Jnauary 6, 2006:

THOMAS MUEHLECK
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, January 6, 2006.

_____
ESTHER SOJOT
Legal Secretary to

RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN