# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00054ACK |
| CASE NAME: | United States of America Vs. Larry Pagan |
| ATTYS FOR PLA: | Thomas Muehleck and Richard Jones-DEA Agent |
| ATTYS FOR DEFT: | Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 1/06/2006 | TIME: | 10:00am-l0:35am |

COURT ACTION:  EP:

10:02am-l0:15am-Government's Motion in Limine-Defendant's presence Waived.  This Motion is hereby Granted.

10:16am-10:35am-PreTrial Conference-Defendant's presence Waived.

Government will be calling about 30 Witnesses.

Length of Trial-Government 4 to 5 Days
              Defendant -1/2 Day

Court will use the same Verdict Form that was used in the previous Trial.

Discussion regarding Jury Instructions.

Jury Selection/Jury Trial-1/10/2006 @9:00 a.m. before Judge Kay.

Submitted by Leslie L. Sai, Courtroom Manager