# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 04-00054JMS-01

CASE NAME:       United States of America vs. Larry Pagan

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  Rustam Barbee

INTERPRETER:

JUDGE:   Alan C. Kay           REPORTER:   Debra Chun

DATE:    1/10/2006             TIME:   9:25 - 12:15  1:15 - 4:05

COURT ACTION:  Jury Selection:

60 jurors present for selection.  12 jurors and 2 alternates selected.

Jurors sworn.

Preliminary instructions given by Court.

Government presented opening statement.
Defendant reserves opening statement.

Further trial continued to Wednesday, January 11, 2006 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager