# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00054ACK-01 |
| CASE NAME: | United States of America vs. Larry Pagan |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 1/11/2006 | TIME: | 9:00 - 12:00 1:00 - 3:50 |

COURT ACTION:  Jury Trial: 2nd day

Defendant present with counsel Rustam Barbee.

CST:  Eric Linch
        Jack Wright
        Kate Garvey
        Joann Kealiinohomoku
        Tanya Tano
        Raychelle Dungca
        Brian Kamimura
        Don Rigby
        Greg Antolin
        Richard Jones

Exhibits Admitted: Governments - 20, 21, 22, 15, 16, 6, 19, 17, 18, 1a, 1, 2, 3, 4, 23, 24, 25, 26, 27.

Further trial continued to Thursday, January 12, 2006 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:04-cr-00054-ACK    Document 112    Filed 01/11/2006    Page 2 of 2