# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 04-00054ACK-01

CASE NAME:         United States of America vs. Larry Pagan

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    Rustam Barbee

INTERPRETER:

JUDGE:   Alan C. Kay          REPORTER:   Debra Chun

DATE:    1/12/2006            TIME:  9:00 - 12:00  1:00 - 3:50

COURT ACTION:  Jury Trial: 3rd day

Defendant present with counsel Rustam Barbee.

Further direct examination of Richard Jones by Mr. Muehleck.

CST:  Sandra Cook
      Cassie Suh
      Alan Nakamoto
      Louise Asato
      Jeff Engley
      Darrin Johnson
      Michael Moreland
      Donna Lombardi
      Andrew Burian
      Darryl Fernandez
      Paul Fukuda
      Shannon Di Pari
      John Ryan

Exhibits Admitted: 5a, 33, 29, 30, 34, 35, 37, 37a, 36, 36a, 9, 10, 7, 8, 11, 12, 13.

Page 2
Criminal 04-00054ACK-01
U.S.A. vs. Larry Pagan
January 12, 2006

Hearing was held out of the presence of the jury. The Court questioned the defendant of his right to testify. The defendant opted not to testify.

Further trial continued to Thursday, January 13, 2006 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager