# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00054ACK-01 |
| CASE NAME: | United States of America vs. Larry Pagan |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 1/13/2006 | TIME: | 9:00 - 10:50 |

COURT ACTION:  Jury Trial: 4th day

Defendant present with counsel Rustam Barbee.

CST:  Hazel Awong

Government rest.

Exhibits Admitted: Governments - 14.

Defendants - A, B, C.

Defendants Oral Motion for Judgment of Acquittal as to Counts 1, 2, 3 argued and DENIED.

Defendant presented opening statement.

CST:  Fernando Sales
　　　  Violet Diedericks
　　　  Frank Torres
　　　  Natalie Pagan

Page 2
Criminal 04-00054ACK-01
U.S.A. vs. Larry Pagan
January 13, 2006

Hearing was held out of the presence of the jury.  The Court questioned the defendant of his right to testify.  The defendant opted not to testify.

Defendant rest.

Further trial continued to Tuesday, January 17, 2006 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager