# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 04-00054ACK-01

CASE NAME:       United Stares of America vs. Larry Pagan

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  Rustam Barbee

INTERPRETER:

JUDGE:    Alan C. Kay              REPORTER:    Debra Chun

DATE:     1/17/2006                TIME:   9:30 - 12:40 3:05 - 315

COURT ACTION:  Jury Trial: 5th day

Defendant present with counsel Rustam Barbee.

Rebuttal witnesses:  Alan Nakamoto
                     Louise Asato
                     Joann Kealiinohomoku
                     Paul Fukuda
                     Richard Jones

CST: Russell Woodward

Government rest.

Exhibits Admitted: Governments - 38a, 38, 39, 40.

Defendants Renewed Oral Motion for Judgment of Acquittal as to Counts 1, 2, 3 DENIED.

Jury instructions read.

Page 2
Criminal 04-00054ACK-01
U.S.A. vs. Larry Pagan
January 17, 2006


Governments opening argument.
Defendants final argument.
Governments rebuttal.

Jury marshal sworn.

Alternate jurors excused.

Jury retired to deliberate (1:35 p.m.)

Jury returned with verdict (3:05 p.m.)

Defendant found GUILTY on Counts 1, 2, 3 of the Superseding Indictment.

Count 1 - 100 grams or more.  Count 2 - 100 grams or more.

Jury polled.  Verdict unanimous.

Sentencing set for Monday, May 1, 2006 at 1:30 p.m. before the Honorable Alan C. Kay.

Defendant remanded to the custody of the U. S. Marshals FORTHWITH.





Submitted by:   Dottie Miwa, Courtroom Manager