IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00054 ACK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | VERDICT |
| | ) | |
| LARRY PAGAN, | ) | |
| | ) | |
| Defendant. | ) | |



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

### VERDICT

We, the jury, in the above-entitled cause, find the Defendant, LARRY PAGAN:

**AS TO COUNT 1**

_____ Not Guilty       __✓__ Guilty

If you find the defendant guilty as to Count 1, please indicate the quantity of heroin involved in the offense:

__✓__ 100 grams or more

_____ less than 100 grams

**AS TO COUNT 2**

_____ Not Guilty       __✓__ Guilty

If you find the defendant guilty as to Count 2, please indicate the quantity of heroin involved in the offense:

__✓__ 100 grams or more

_____ less than 100 grams

SCANNED

**AS TO COUNT 3**

_____ Not Guilty   \_\_✓\_\_ Guilty

DATED: _January 17th, 2006_, at Honolulu, Hawaii.

SIGNED: _____
FOREPERSON