# ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam.Barbee@gte.net

Attorney for Defendant
LARRY PAGAN



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at 1 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
|---|---|
| Plaintiff, | ) |
|  | ) EX PARTE MOTION FOR AN |
|  | ) ORDER TO EXONERATE |
| vs. | ) DEFENDANT'S BOND AND |
|  | ) TO RETURN $20,000 CASH |
| LARRY PAGAN, | ) POSTED; MEMORANDUM IN |
|  | ) SUPPORT OF MOTION; |
| Defendant. | ) DECLARATION OF COUNSEL; |
|  | ) PROPOSED ORDER |

### EX PARTE MOTION FOR AN ORDER TO EXONERATE
### DEFENDANT'S BOND AND TO RETURN $20,000 CASH POSTED

The defendant, LARRY PAGAN, through his counsel, respectfully moves the Court herein, to enter an Order to exonerate his bond and for the return of $20,000 cash previously posted to secure his pretrial release.

This Motion is based upon the following memorandum and declaration of counsel.

DATED: Honolulu, Hawaii, January 27, 2006.

*[signature]*

RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
|---|---|
| Plaintiff, | ) MEMORANDUM IN |
| | ) SUPPORT OF MOTION; |
| vs. | ) DEFENDANT'S EXHIBIT "A"-"B" |
| LARRY PAGAN, | ) |
| Defendant. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

On January 17, 2006, after a jury trial, the defendant, LARRY PAGAN, was found guilty of the three offenses alleged in the superseding indictment and was taken into custody pending his sentencing hearing.

Prior to being taken into custody, PAGAN had been on pretrial release with $20,000 having been posted by Mrs. Violet Diederiks and Mr. Iwao Nagata to secure his release. Since the Court has ordered PAGAN's detention, there is no longer any reason to continue his release bond.

Therefore, based upon the above, Defendant respectfully requests that the Court Order that PAGAN's bond be exonerated and the $20,000 cash posted be returned to the original depositors in the following amounts: $10,000

each to Mrs. Violet Diederiks and Mr. Iwao Nagata.


DATED: Honolulu, Hawaii, January 27, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| LARRY PAGAN, | ) |
| Defendant. | ) |

## DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1. That I am counsel for defendant, LARRY PAGAN, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam.Barbee@gte.net

Attorney for Defendant
LARRY PAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| | ) |
| Plaintiff, | ) PROPOSED ORDER TO |
| | ) EXONERATE BOND AND |
| vs. | ) RETURN $20,000 CASH POSTED |
| | ) |
| LARRY PAGAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROPOSED ORDER TO EXONERATE
BOND AND RETURN $20,000 CASH POSTED**

Defendant, LARRY PAGAN, having moved this court by ex parte Motion for an Order exonerating his bond and for the return of $20,000 cash previously posted to secure his pretrial release, and the Court having reviewed the moving papers and the files and records of this matter:

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant's bond be exonerated and that the $20,000 cash previously posted to secure his pretrial release be returned by the Office of Clerk for the Federal Court of the District of Hawaii to the original depositors in the following amounts: $10,000 each to Mrs. Violet Diederiks and Mr. Iwao Nagata.

DATED: Honolulu, Hawaii, _____.

ALAN C. KAY
United States District Judge
District of Hawaii

UNITED STATES v. LARRY PAGAN,
CR. NO. 04-0054 ACK
PROPOSED ORDER TO EXONERATE BOND AND RETURN $20,000 CASH POSTED

2