EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00054 ACK |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S SENTENCING |
| vs. ) | STATEMENT; CERTIFICATE OF |
| ) | SERVICE |
| LARRY PAGAN, ) | |
| ) | Date:  May 1, 2006 |
| ) | Judge:  Hon. Alan C. Kay |
| Defendant. ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

      The government has no objections to the proposed pre-sentence report.

      DATED:  March 24, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                          By /s/ Thomas Muehleck
                             THOMAS MUEHLECK
                             Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Rustam Barbee, Esq.       rustam.barbee@gte.net       March 24, 2006
   Attorney for defendant
   Larry Pagan

Served by hand-delivery:

    Probation Officer
    300 Ala Moana Blvd.,
    Box 50111, Rm. C-126
    Honolulu, HI  96850


                            <u>/s/ Rowena N. Kang</u>