ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306

Attorney for Defendant
LARRY PAGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at 2 o'clock and 16 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| | ) |
| Plaintiff, | ) DEFENDANT'S SENTENCING |
| | ) STATEMENT AND RESPONSE TO |
| vs. | ) DRAFT PRESENTENCE REPORT; |
| | ) CERTIFICATE OF SERVICE |
| LARRY PAGAN, | ) |
| | ) DATE:  May 1, 2006 |
| | ) TIME:  1:30 p.m. |
| | ) JUDGE: Alan C. Kay |
| Defendant. | ) |
| | ) [UNDER SEAL] |

**DEFENDANT'S SENTENCING STATEMENT AND RESPONSE
TO DRAFT PRESENTENCE REPORT**



SEALED
BY ORDER OF THE COURT