# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 04-00054ACK

CASE NAME:       United States of America Vs. Larry Pagan

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  Rustam A. Barbee

INTERPRETER:

JUDGE:  Alan C. Kay            REPORTER:  Stephen Platt

DATE:   5/1/2006               TIME:      2:05pm-2:35pm

COURT ACTION:  EP: Sentencing to Counts 1, 2 and 3 of the Superseding Indictment- Defendant present in Custody.

The Court adopts the presentence investigation with changes.

Defendant addresses the Court.

Sentence as to Counts 1, 2 and 3 of the Superseding Indictment-

Imprisonment-120 Months as to Counts 1 and 2 and 85 Months as to Count 3, with all terms to be served concurrently.

Mittimus Forthwith.

Court Recommendations- 1. FCI Terminal Island, California
                       2. 500 Hour Comprehensive Drug Program

Supervised Release-8 Years as to each count, with all terms to be served concurrently.

Special Conditions of Supervised Release-

1.    That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No Fine.

Special Assessment-$300.00

Defendant advised of his right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager