# ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:   (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam@Honoluluattorney.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 0 2006

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

Attorney for Defendant
LARRY PAGAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| | ) |
| Plaintiff, | ) NOTICE OF APPEAL; |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| LARRY PAGAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that the

defendant , LARRY PAGAN, through counsel, Rustam A. Barbee, hereby appeals

to the United States Court of Appeals for the Ninth Circuit from the Judgment of

Conviction and Sentence entered by the Honorable Alan C. Kay on May 1, 2006 and

filed on May 8, 2006.

DATED:  Honolulu, Hawaii, May 10, 2006.

RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN

# CERTIFICATE OF SERVICE

I, ESTHER S. SOJOT, hereby certify that a true and exact copy of the

foregoing document was duly mailed and/or hand-delivered to the following on May

10, 2006:

THOMAS MUEHLECK, ESQ.
Assistant United States Attorney
Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, May 10, 2006.

ESTHER S. SOJOT
Legal Assistant to

RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN