# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 22 2006

FILED _____
DOCKETED _____
DATE ____ INITIAL ____

I. **SHORT CASE TITLE:** U.S.A. vs. LARRY PAGAN

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**   6-10324

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00054ACK

II **DATE NOTICE OF APPEAL FILED:** 05/10/06

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 23 2006
DISTRICT OF HAWAII

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA APPOINTED

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                 **BILLED:**

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)