IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**AMENDED**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10324   U.S. District Court Case No. 04-00054 ACK

Short Case Title: US v. LARRY PAGAN

Date Notice of Appeal Filed by Clerk of District Court: 5/10/06

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUL 20 2006
at 12 o'clock and __ min. __M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 1/17/06 Jury Trial | Debra Chun | Voir Dire |
| 1/10/06 | | Opening Statements |
| 1/11/06 | | Settlement Instructions |
| 1/12/06 | | Closing Arguments |
| 1/13/06 | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 5/31/06   Estimated date for completion of transcript: _____

Print Name of Attorney: Rustam A. Barbee   Phone Number: 524-4406

Signature of Attorney: _____

Address: 1188 Bishop St. Ste.#2606, Honolulu, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
(X) Arrangements for payment were made on 6-19-2006
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

765 Approximate Number of Pages in Transcript—Due Date 7-19-2006

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 7/14/2006   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   7-20-06   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK