ORIGINAL

RUSTAM A. BARBEE  #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
Email: Rustam@HonoluluAttorney.com

Attorney for Defendant
LARRY PAGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LARRY PAGAN,<br><br>  Defendant. | CR. NO. 04-00054 ACK<br><br>EX PARTE APPLICATION FOR AUTHORIZATION AND PAYMENT OF COSTS TO TRAVEL TO ISLAND OF HAWAII TO INTERVIEW WITNESSES; DECLARATION OF COUNSEL; PROPOSED ORDER |

## EX PARTE APPLICATION
## FOR AUTHORIZATION AND PAYMENT OF COSTS TO TRAVEL
## TO ISLAND OF HAWAII TO INTERVIEW WITNESSES

Defendant, LARRY PAGAN, through counsel, hereby applies to this Honorable Court for an order authorizing his attorney to travel to the island of Hawaii to interview witnesses and payment of travel costs. The defense further requests that the proposed Order be issued Nunc Pro Tunc to February 8,

2005. The costs of travel and parking are $188.00.

This application is made pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. sec 3006A and is based upon the attached declaration of counsel.

DATED: Honolulu, Hawaii, April 11, 2007.

_____
RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN