IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| LARRY PAGAN, | ) |
| Defendant. | ) |

### DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1. That I am counsel for defendant, LARRY PAGAN, having been appointed pursuant to the Criminal Justice Act.

2. That the Criminal Justice Act, 18 U.S.C. sec 3006A authorizes this court to order or authorize payment of costs for the defense to travel to investigate and prepare a defense including interviewing potential defense witnesses upon a finding that the investigation and preparation are necessary and that the defendant is financially unable to obtain them.

3. That the defendant's indigence has already been established.

4. That the requested travel and trial preparation was necessary

for the defense to do an adequate job of mounting a defense, to locate and interview potential material witnesses for the defense of the case.

5. The travel and interview of witnesses being necessary to provide an adequate defense in this case herein, the defense requests the court to issue the attached order authorizing the defense to travel and payment of costs for the travel.

6. Because defense counsel has already paid for the travel, the defense respectfully requests that the court authorize the travel and payment of costs Nunc Pro Tunc to February 8, 2005.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 11, 2007.

RUSTAM A. BARBEE
Attorney for Defendant
LARRY PAGAN