RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
Email: Rustam@HonoluluAttorney.com

Attorney for Defendant
LARRY PAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00054 ACK |
|---|---|
| Plaintiff, | ) <br> ) PROPOSED ORDER <br> ) AUTHORIZING PAYMENT OF |
| vs. | ) COSTS TO TRAVEL TO ISLAND <br> ) OF HAWAII TO INTERVIEW |
| LARRY PAGAN, | ) WITNESSES |
| Defendant. | ) <br> ) |

## PROPOSED ORDER AUTHORIZING PAYMENT OF COSTS
## TO TRAVEL TO ISLAND OF HAWAII TO INTERVIEW WITNESSES

Defendant LARRY PAGAN, through counsel, having moved this court by ex parte application pursuant to 18 U.S.C. sec 3006A for an Order Authorizing the payment of costs to travel to the island of Hawaii for purposes of interviewing witnesses;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defense counsel may travel to the island of Hawaii and that the costs will be paid pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. sec 3006A et seq. This Order shall be effective Nunc Pro Tunc to February 8, 2005.

DATED: Honolulu, Hawaii, _____.

_____
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

UNITED STATES v. LARRY PAGAN,
CR. NO. 04-00054 ACK
PROPOSED ORDER AUTHORIZING PAYMENT OF COSTS
TO TRAVEL TO ISLAND OF HAWAII TO INTERVIEW WITNESSES