MORAG DWYATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-10324 USA v. Pagan

UNITED STATES OF AMERICA
    Plaintiff - Appellee

Candace Kelly, Esq.
808/541-2850
Suite 6-100
[COR LD NTC aus]
USH - OFFICE OF THE U.S.
ATTORNEY
PJKK Federal Building
300 Ala Moana Blvd.
P.O. Box 50183
Honolulu, HI 96850


    v.

LARRY PAGAN
    Defendant - Appellant

Rustam Barbee, Esq.
FAX 808/524-4306
808/524-4406
Ste. 2606
[COR LD NTC cja]
1188 Bishop St.
Honolulu, HI 96813-3305