Phan, J. Phan 95157-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island, CA 90731

APR 23 2007

Clerk
U.S. District Court
312 N. Spring St.
Los Angeles, CA 90012