THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

ENTERED CLERK, U.S. DISTRICT COURT JUN 22 2007 CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION BY DEPUTY

Priority ✓ Send ✓ Enter ✓ Closed JS-5/JS-6 JS-2/JS-3 Scan Only

I hereby attest and certify on 6/28/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA Deputy

FILED CLERK, U.S. DISTRICT COURT JUN 21 2007 CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 04-00054(1) ACK

| | |
|---|---|
| UNTIED STATES OF AMERICA, Plaintiff, vs. LARRY NELSON PAGAN, Petitioner. | Case No. CV 07-2936-VBF (OP) ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUL 02 2007 at 4 o'clock and __ min. __M SUE BEITIA, CLERK

On May 3, 2007, Petitioner Larry Nelson Pagan ("Petitioner"), filed the current Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Petition"). Petitioner is currently incarcerated at the Federal Correctional Institution at Terminal Island, California.

Petitioner challenges his May 1, 2006, conviction sustained in the United States District Court for the District of Hawaii for conspiracy to possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 846. (Petition at 2.) Petitioner asserts four different claims of ineffective assistance of counsel. (Petition at 5.)

A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in



DOCKETED ON CM JUN 22 2007 BY 3

violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

28 U.S.C. § 2255. An application for a writ of habeas corpus pursuant to § 2255 "shall not be entertained if it appears that the applicant has failed to apply for relief, by motion, to the court which sentenced him that such court has denied him relief, unless it also appears that the remedy by motion is inadequate or ineffective to test the legality of his detention." Id.

Although Petitioner is presently confined at FCI Terminal Island, within the Central District of California, it is clear from the Petition that he is challenging his 2006 conviction for a violation of 21 U.S.C. § 846 out of the District of Hawaii. (See Petition at 2, 5.) It is also clear that the sentencing court has not denied Petitioner relief pursuant to § 2255, as his direct appeal to the Court of Appeals for the Ninth Circuit was denied on March 28, 2007, and no other habeas corpus petitions have been filed. (Petition at 3.) Finally, Petitioner has not established that the remedy by way of § 2255 "is inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255. Accordingly, jurisdiction for the current Petition exists in the District of Hawaii.

///

///

///

///

///

///

///

///

///

Therefore, pursuant to 28 U.S.C. §§ 1406(a) and in furtherance of the interest of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the District of Hawaii.

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the United States Attorneys for the Central District of California and the District of Hawaii.

DATED: June 19

HON. VALERIE BAKER FAIRBANK
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

I hereby attest and certify on 6-22-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

0148