2255, CLOSED, TRANSFERRED

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-02936-VBF-OP**

United States of America v. Larry Nelson Pagan
Assigned to: Judge Valerie Baker Fairbank
Referred to: Magistrate Judge Oswald Parada
Case in other court: USDC District of Hawaii, 04-cr-00054 ACK
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentence

Date Filed: 05/03/2007
Date Terminated: 06/21/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States of America** represented by **Assistant 2241-2255 US Attorney LA-CR**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 6/28/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By [signature] Deputy

CR 04-00054(1) ACK

V.

**Defendant**

**Larry Nelson Pagan** represented by **Larry Nelson Pagan**
REG 95157-022
Federal Correctional Institution
P O Box 3007
Terminal Island, CA 90731
PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2007
at 9 o'clock and 10 min A M
SUE BEITIA, CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | | REMARK - 28:2255 Motion to Vacate/Correct Federal Sentence. REFER TO CRIMINAL CASE 04-cr-00054 ACK (District of Hawaii) FOR ADDITIONAL DOCKET ENTRIES. (rrey, ) (Entered: 05/14/2007) |
| 05/03/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence pursuant to 28 USC 2255 assigned to Judge Valerie Baker Fairbank. For docketing entries refer to CR Case # 04-cr-00054 ACK, filed by defendant Larry Nelson Pagan.(rrey, ) (Entered: 05/14/2007) |
| 05/03/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Valerie Baker Fairbank and referred to Magistrate Judge Oswald Parada to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (rrey, ) (Entered: 05/14/2007) |
| 06/21/2007 | 3 | ORDER by Judge Valerie Baker Fairbank transferring case to USDC, District of Hawaii. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(mrgo) (Entered: 06/22/2007) |
| 06/28/2007 | | TRANSMITTAL of documents - mailed all original documents in case file, except original transfer order which is retained and a certified copy of the civil docket sheet to |

| | | the USDC, District of Hawaii at Honolulu. (jp) (Entered: 06/28/2007) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/28/2007 06:26:13 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02936-VBF-OP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |