FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2007
at ____ o'clock and ____ min. __M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PETITIONER(S)<br>v.<br>Larry Nelson Pagan<br><br>RESPONDENT(S). | CASE NUMBER<br><br>CV07-2936 VBF (OP)<br><br>Cr 04-00054 (V) ACK<br><br>**NOTICE OF REFERENCE TO A<br>UNITED STATES MAGISTRATE JUDGE**<br>(Petition for Writ of Habeas Corpus) |

    Pursuant to General Order 224, the within action has been assigned to the calendar of the Honorable __Valerie Baker Fairbank__, U.S. District Judge. Pursuant to the provisions of the Local Rules Governing Duties of Magistrate Judges, the within action is referred to U. S. Magistrate Judge __Oswald Parada__, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

    Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

    The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

                                                 Clerk, U. S. District Court

| | |
|---|---|
| 5/3/07 | By     P. Gomez |
| Date | Deputy Clerk |

DOCKETED
MAY 14 2007
019

CV-84 (07/05)     NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (Petition for Writ of Habeas Corpus)



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, May 03, 2007

LARRY NELSON PAGAN
95157-022
P.O. BOX 3007
TERMINAL ISLAND, CA  90731

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV07- 2936 VBF (OP:)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
  [ ] District Court Judge _____
  [X] Magistrate Judge    **Oswald Parada**

at the following address:

| [ ] U.S. District Court<br>312 N. Spring Street<br>Civil Section, Room G-8<br>Los Angeles, CA  90012 | [ ] Ronald Reagan Federal<br>Building and U.S. Courthouse<br>411 West Fourth St., Suite 1053<br>Santa Ana, CA  92701-4516<br>(714) 338-4750 | [X] U.S. District Court<br>3470 Twelfth Street<br>Room 134<br>Riverside, CA 92501 |

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____PGOMEZ_____
      Deputy Clerk

CV-17 (01/01)          LETTER re FILING H/C PETITION or 28/2255 MOTION