

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

June 28, 2007

RECEIVED
CLERK, U.S DISTRICT COURT
JUL 2 2007
DISTRICT OF HAWAII

Cr 04-00054 (1) ACK

Clerk, United District Court
District of Hawaii
C338 Prince Kuhio Federal Bldg
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Re:   Transfer of our Civil Case No.  CV 07-2936 VBF (OP)

Case Title:  United States of America v. Larry Nelson Pagan

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By   J. Lam (213) 894-7982
         Deputy Clerk

cc:   All counsel of record

===============================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
      Deputy Clerk

CV-22 (01/01)                      TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT