IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LARRY PAGAN, | ) | Civ. No.  07-00355 ACK-BMK |
| | ) | Cr. No. 04-00054 ACK |
|     Petitioner, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Respondent. | ) | |
| | ) | |

**<u>ORDER</u>**

On July 2, 2007, Petitioner filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  The Court directs the Government to file a response to the motion by August 1, 2007.  In the event a response is not filed by August 1, 2007, the Court will assume that the Government has no opposition to the relief requested.  If the Government files a response, Petitioner may file an optional reply within fifteen days of service of the response.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 9, 2007.



_____
Alan C. Kay
Sr. United States District Judge