EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

CANDACE KELLY CA BAR #191473
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LARRY PAGAN,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CV. NO. 07-00335 ACK-BMK<br>CR. NO. 04-00054 ACK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　　I hereby certify that the ORDER FINDING THAT PETITIONER LARRY PAGAN HAS WAIVED HIS ATTORNEY-CLIENT PRIVILEGE AS TO COMMUNICATIONS/ISSUES RAISED BY LARRY PAGAN IN HIS § 2255 PETITION AND GRANTING EXTENSION OF TIME was submitted to District Judge Alan C. Kay for signature and was served on the following on July 27, 2007:

Served by First Class Mail:

    Mr. Larry Nelson Pagan
    Immate #95157-022
    FCI Terminal Island
    Federal Correctional Institution
    P.O. Box 3007
    San Pedro, CA   90731

        DATED:  July 27, 2007, at Honolulu, Hawaii.


                                                  /s/ Dawn M. Aihara