August 10, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-04-00054-ACK
**Appeal Number:** 06-10324
**Short Title:** USA v. Pagan

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 4 | | |

| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---|---|---|---|---|---|---|---|---|
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** 1 Folder of other documents, #57, 61, 68, 70, 76, 77, 82, 83, 125, 126, & 132 (Under Seal)

RECEIVED
CLERK, US DISTRICT COURT
AUG 16 2007
2:01 pm
DISTRICT OF HAWAII

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.