**DATE:**            July 22, 2003

**TELEPHONE NUMBER:** 808-990-7896

**PAGAN=**           Larry Pagan

**RJ=**              Special Agent Richard Jones

### *** BEGINNING OF CONVERSATION ***

PAGAN:   Hello

RJ:      Hello Larry

PAGAN:   Yeah

RJ:      Hey Larry, my name is Richard Jones, I work for the Drug Enforcement Administration

PAGAN:   Ah huh

RJ:      Is this Larry Pagan?

PAGAN:   Yeah

RJ:      Okay, are you in a place where you can talk real quick? I just need to talk to you real quick.

PAGAN:   Go ahead

RJ:      Okay, hey I just wanted to let you know maybe there's nobody else around, or something like that that's fine, um you've probably already figured it out right now, but we ah, we ended up intercepting a box that was sent from California. And I'm calling you now, I'm not trying to get a confession out of you or you know get you to admit to anything, I'm just letting you know that you are going to get in trouble for the box, however um you kind

PAGAN:   What are you talking about!

RJ:      Huh?
PAGAN:   What are you talking about!

**EXHIBIT D**

1

RJ: Okay, I don't, I mean, the thing is I'm giving you an opportunity now okay, just, just, just hear me out for a second before you start making any denials because I'm not, I'm not calling you trying to get a confession out of you or anything like that so um the thing is your, your in a unique, unique opportunity right now okay. Cause the thing is we, we really don't want you. You know we want to be able to ah I, I know you had a drug problem in the past, and it sounds like you might be having a drug problem now, but you see the thing is we're, we're not interested um you know the Drug Enforcement Administration we're interested in, in doing larger, ah large traffickers and that is we are trying to be able to get the people uh out in California that are sending drugs out to Hawaii and the people that are actually receiving the drugs out here um, ah, in Hawaii and distributing them. I kind of think that I know, you know, the position that you are in um you know dealing with the drugs and things like that. Um, and you're not, you're not exactly the type of person that the Federal Government is looking at to be able put in jail. Do you understand that?

PAGAN: Yes

RJ: Okay, so the thing is that... Um we've already, we've already taken off the box that was coming in from California that was addressed to your daughter okay and we've already got the drugs out of that box okay. The thing is that, is that you're in, you're in a position, I know you were suppose to come out and pick up that box and take it over to somebody else okay and so you're in a unique position that you might be able to help us out and help yourself out at the same time and be able to provide information on who actually sent the drugs and I understand the position that you're in you may not even know exactly um, you know you might not even know exactly all the people involved in sending the drugs over, but I think you going be able to give us more information on who the actual recipients were and if we kind of work towards that and, um they might be able to help us identify more of the people accepting drugs ah out of California okay. You understand what I'm coming from?

PAGAN: Uh huh

RJ: Okay, So I'm not, I'm not trying to bullshit you here or ah, or play any games with you okay. Cause, I mean honestly you have an opportunity now to be able to help yourself out okay. The thing is

|  |  |
|---|---|
|  | (inaudible) if you don't want to help out than that's fine. I mean you can just, you can just forget about everything and all that kinda stuff, just to let you know you will be arrested later on in the future um over this box that got sent from California. For right now, since you haven't been arrested you're not in custody and nobody knows um that you're in trouble yet or not like that you come more valuable to us um as an asset for us to be able to identify more people that are involved in drug trafficking. You understand that? |
| PAGAN: | Yes |
| RJ: | Okay, um are you by yourself right now? |
| PAGAN: | Um, yeah I can talk |
| RJ: | Okay, (laughs) okay um |
| PAGAN: | How you get my number? |
| RJ: | Ah I got your number from your daughter. Cause you, cause you're, I mean you probably already know that we, that we were at the house yesterday okay |
| PAGAN: | Um |
| RJ: | And, and we already, we already put the box, we already had the drugs in our possession and all that kind of stuff. So its, I mean are you, are you interested in something like this or how you feeling right now, I know this is kind of a stressful situation also, cause not every, not everybody gets this phone calls. |
| PAGAN: | I know its weird you know |
| RJ: | Yeah, it is |
| PAGAN: | Man |
| RJ: | Okay |
| PAGAN: | What do you want? |
| RJ: | Huh? |

3

PAGAN:    What do you want!
RJ:       hello

PAGAN:    Hello?

RJ:       Yeah, I'm still here, I'm still here. The um, is that the TV in the background cause I can barely hear you.

PAGAN:    Yes it's the TV

RJ:       Would you be able to turn it down some so that I can hear you a little better.

PAGAN:    Oh fuck

RJ:       Yeah

PAGAN:    Okay go ahead

RJ:       The thing is, is that we, we want to know and I think I kind of know the information you are going to be able to provide, but we want to know is after you came to pick up the box from your daughter where, where was the box suppose to go?

PAGAN:    Where was, see ah I was expecting, I wasn't expecting the box from California. I was expecting a box from Mexico.

RJ:       Okay

PAGAN:    And what (mumbles) was suppose to be from my girlfriend so my daughter told me she had a box from this guy from California I told her that's not the box, that's from

RJ:       Okay

PAGAN:    I suppose to get em from

RJ:       Okay, hold, hold on, hold on for a second before um, before um, before you start telling me a story okay, I just, I, the one thing that, I want to be able to use you as a witness in the future.

PAGAN:    Who?

RJ:       You

4

PAGAN: Me?

RJ: Yeah. I want to be able to use you as a witness in the future um and I want you to be an honest witness. Okay

PAGAN: You want me to die?

RJ: No. Okay. The thing is

PAGAN: You want me to die?

RJ: I need you to be honest. Okay. The, the thing is that if you tell me a lie now its not going to work good for me in the future. Now if we work out things, if we're able to work out something I don't want you ever have to be testified about anything okay, but if your, if your not honest with us in the beginning it doesn't help us out down the road because the thing is, is that we'll probably not going to be able to prosecute um the, the other people that are suppose to get this box okay

PAGAN: Ah

RJ: because of the things that have happen so far okay its going to be hard to be able to get the box pinned on the guys that actually ordered the thing up, you know um in Hawaii okay. But um, if you're, if you're able to cooperate with us and everything we might be able to do something in the future and if we do something in the future with um. Its going to do something in the future where, we're not going to need your testimony okay

PAGAN: Ah huh

RJ: I, I need to ask you a big deal since you're concerned about it. Are you worried that if, if you tell on these people they're going to kill you.

PAGAN: Oh yeah!

RJ: Okay and have these people threatened you before in the past?

PAGAN: No

RJ: Okay, what makes, what makes you think they're going to kill you?

5

PAGAN: (pause)

RJ: Is it the type of people they are or what makes you think that?

PAGAN: I, I don't know, I guess, you know, I've never been in a situation like this before.

RJ: Yeah, I know

PAGAN: You know, and I tell you the truth I just got, they gave me two, three hundred and send one box, just drop off the box at Waimea Park and that's what I was going do.

RJ: Okay, they paid you three hundred bucks?

PAGAN: Oh, yes

RJ: Okay (inaudible)

PAGAN: I didn't know what, I didn't know what was in the box

RJ: Okay, the um, the, the thing is, I'm, I'm um this is really the opportunity for you okay so the more that you keep lying about stuff um, the more difficult it is for me to be able to go to the AUSA and tell you that, you know, tell em that, you know, this guy has come up, he has been straight forward with us, I think we can do this, this, and this with him. Okay, it makes it more difficult because the circumstance as it is right now um, you know, you know you did more than just sit there and um you know, take three hundred dollars to be able to receive a box. The thing is, is that somebody out in California had to send the box, they had to get your daughter's address and put your daughters name on the box okay. And so that's something that you would have to provide okay. So I know that, I know that its difficult to say things that might be ah, that might be bad about yourself and the things you did, but it helps us out to be able to identify the people out in California that are sending the box and people out on the other side of the island that are suppose to get the drugs. Okay.

PAGAN: Ah huh

6

RJ: (mumbles) The thing is, if, if somebody just says hey I'll give you three hundred bucks to be able to ah, you know, get a parcel for me. You would just send it over to your sister's house in ah

PAGAN: (inaudible)

RJ: In Hilo.

PAGAN: No my sister, I didn't, I sent it down, I was going to send it to Waimea, but my sister went to the Mainland

RJ: Ah huh

PAGAN: So that's why, I ask my mother-in-law if I could have the the box sent there and she said yeah.

RJ: Okay. And how did those people get your daughter's name to put on the box?

PAGAN: I, I, um, I, I, I had the address

RJ: You what?

PAGAN: Am, am I going, I am I being recorded?

RJ: No

PAGAN: Oh

RJ: Why are you concerned about that. The thing is

PAGAN: Well

RJ: This is...I want to be able to, I've got some people that are working in Hilo now that are doing the drug, I'm, I'm over on Oahu right now. Okay, so the thing is, is that um I want to be able to have you go talk to people, is it, is it, let me ask you this, is it too late, do the people that this box is suppose to go to do they know that the police have it yet?

PAGAN: Oh yeah, they called me yesterday.

RJ: Okay, so they already called you and asked about the box?

7

PAGAN: Yeah and I told never come, I told them that, I told them never it come in.

RJ: Okay, but, but did you tell them the police have it?

PAGAN: No, I didn't tell them the police have it.

RJ: Okay, so these people still think, do these people still think that its in the mail?

PAGAN: They called me this morning.

RJ: Okay what did you tell them this morning.

PAGAN: I told them this morning that ah I think ah they sent the box back I told them like that. I think they sent the box, I, I think my mother-in-law sent the box back.

RJ: Okay, but they think, they think that, they don't think the police are involved yet?

PAGAN: No, I don't think so no

RJ: Okay, did um, did you tell them anything else?

PAGAN: No

RJ: Okay. Would you be able to ah, would you be able to call them back and tell them that ah maybe today, later on today or tomorrow, how actually, how, how would, how would it actually work were you suppose to open the box and take stuff out or

PAGAN: No

RJ: would you have to give them the entire box?

PAGAN: No, just drop the box at the, at the park.

RJ: At the park?

PAGAN: Yeah

RJ: Which park?

8

PAGAN:    Waimea Park

RJ:       Waimea, you mean, you went and meet them there just to drop the box at the park?

PAGAN:    I just drop (inaudible) and just leave

RJ:       Okay, than how would you get paid?

PAGAN:    I already got paid.

RJ:       Than you got paid three hundred dollars already?

PAGAN:    Yeah

RJ:       Okay, would they ever pay you with drugs?

PAGAN:    No

RJ:       Okay, are you having a drug problem now?

PAGAN:    No

RJ:       Okay, you wouldn't mind coming down and getting a drug test?

PAGAN:    No

RJ:       Okay, you work for the federal government right now?

PAGAN:    No

RJ:       You work for the government right now?

PAGAN:    No

RJ:       Okay, what are you doing for a job?

PAGAN:    I'm a carpenter

RJ:       Okay, you don't work for the Parks Department or anything like that?

PAGAN     No, pau

RJ:     When did you quit that job?

PAGAN:  June 6

RJ:     June 6 you quit that job?

PAGAN:  Yeah

RJ:     Okay, how come?

PAGAN:  Ah that was only seasonal working.

RJ:     Oh okay, so you don't um, how many boxes have you done like this one?

PAGAN:  This is the first time.

RJ:     Oh come on.

PAGAN:  For real.

RJ:     In, in, you already got paid the first time you're getting a box you already got paid and you're suppose to just dump it at a park.

PAGAN:  Right

RJ:     The thing is, is that I've been doing this for a long time okay and this is

PAGAN:  (mumbles)

RJ:     this, this is not the way things happen

PAGAN:  Ah that's what (inaudible)

RJ:     the thing is, if you're not going to be honest with me up front, I'm not going to be able to help you out

PAGAN:  Well, if I got, you know, um

RJ:     Are, are you worried about things are you, are you scared

PAGAN:  Scared yea Scared!

RJ: Okay, than (laughs) than, than I understand that (inaudible)

PAGAN: I know you, I don't think you do.

RJ: No, I totally understand that, but the thing is, is that, if you start lying about stuff of how the way things are suppose to go, I'm not going to be able to help you out. Because the thing is, the thing is, you're going to get in trouble for the box already. Okay

PAGAN: (inaudible)

RJ: That's, that's the things, that's the thing that you need to get over. That, that you're going to get in trouble for this thing already, but now you want to be able to look at, be able to try to help you out because how this thing works is, is I go the the U.S. Attorneys okay, I, I tell this person U.S. Attorney is the one that's going to be prosecuting you okay and this is, this is with the federal government okay, this is, this is not Hawaii State stuff okay. Its with the federal government and is fairly serious. Okay, but I go to the AUSA and say hey the guy cooperated with us, he did this, this, and this can we get him some type of consideration okay, the U.S. Attorney

PAGAN: I'm going to do some time anyways.

RJ: Say what?

PAGAN: I going do time anyway.

RJ: More than likely, you probably are. What, what we're trying to do is we want to make that amount of time as least as possible

PAGAN: Oh no

RJ: so the thing is, when the, when the AUSA goes to the judge, the AUSA tells the judge that the judge and says you know the guy did this, this, and this for us and he had to start with this, and it, and its up to the judge whether you get a reduction or not okay. I can't make that decision and the U.S. Attorney can't make that decision its all up to the judge.

PAGAN: Your not helping me out, I need more guarantee than that

11

RJ: Oh no, no, no, I'm, I'm telling right out front we can't guarantee nothing. We aint going to guarantee nothing, but the thing is, I'll tell you now you are going to jail.

PAGAN: Well

RJ: Okay and that's, and that's the kind of hump you need to get over. Okay.

PAGAN: Well

RJ: But the thing is, is (inaudible)

PAGAN: I don't think (inaudible)

RJ: What?

PAGAN: I don't think so.

RJ: Why not?

PAGAN: I don't know, cause I not going to do it again.

RJ: You what?

PAGAN: I not going to do it again

RJ: Um, well the thing is, we want you to do it again, we want, we want you to do it for us.

PAGAN: Uh-uhh, Uh-uhh

RJ: Why?

PAGAN: Eh, I still going jail.

RJ: Yes, you will.

PAGAN: Well, I don't want to do it, if I going jail.

RJ: Okay, but you're going to jail anyway (laughs).

PAGAN: Well, that's the thing, I'll do my time than.

| | |
|---|---|
| RJ: | Okay, um, did, did you know the people in California that sent the box? |
| PAGAN: | Ah want to talk to you in person. I don't want to talk on the phone no more. |
| RJ: | Okay, um where do you want to meet? |
| PAGAN: | Ah not today. |
| RJ: | Okay, when did you want to meet? |
| PAGAN: | Maybe tomorrow. |
| RJ: | Okay, why not today? |
| PAGAN: | I'm busy today. There's things, I got to make a call to this person. I building a house right. |
| RJ: | You're going to make a what? |
| PAGAN: | I, I (mumbles) making a foundation. |
| RJ: | Okay, you don't, you don't think this is more important than a foundation right now? |
| PAGAN: | I, ah |
| RJ: | About you going to jail. |
| PAGAN: | I got to, I got to go you know what I mean? I don't know what to think right now you got me confused right here okay. |
| RJ: | Okay, well the thing is, is that a box of drugs went to your daughter's house. |
| PAGAN: | I didn't know, I didn't know what was in it. It just (inaudible) |
| RJ: | (inaudible) nobody is going to believe that. |
| PAGAN: | Well, that's the truth. |
| RJ: | (inaudible) no that's not the truth okay. You're, you're more involved than you want to, than you want to say and I understand |

13

that okay and I know that you're scared about this whole thing, but the realization that you got to come to is that you're in trouble for it. You've done some things that are wrong and that you're in trouble for it, with it, but we're given the opportunity to be able to help yourself out. I know that, I know that is very difficult to swallow right now okay. Its not like people just you know people come around and just like oh I meet somebody hey will you here's three hundred dollars will you receive a package for me. Sure I'll receive a package for you and I'll have it sent to my daughter's house under my 14 year old daughter's name. Okay that doesn't make any sense what so ever. Okay, you had it sent to your daughter's house under her name because you thought it may be less suspicious that way instead of coming to your house or to your sister's house. Okay, but the whole thing is, is I know the position that you're in and we want to be able to catch the people um on the Wai, Waimea side that come to pick up the stuff. Okay, and we want to be able to catch the people in California. I know you might not have that much information in California, but you do have the information on the people in Waimea. Okay, and you know I don't know how the information got there, I don't know if you went and, and gave it to um you know if you actually called the people in California and gave um the name and address or if you gave the name and address to the guy out in Waimea and maybe that's why you're scared is because you gave the name and address to the guy out in Waimea so he knows, does the guy know that that's your daughter?

PAGAN: Ya

RJ: Are you there?

PAGAN: I cannot talk right now you getting me all, I'm all, I'm all, I cannot talk right now. You know, I no like say nothing that I going, I don't know, I just, I got to think this over okay. Hello?

RJ: What's, what's there to think about?

PAGAN: I don't know, I don't know, I just don't know, I don't know. Ah fuck.

RJ: The whole thing is, is that I'm taking the time to call you to give you the opportunity to be able to help yourself out. I mean, its you're the one that's made the decision to be able to send this parcels. I'm just giving you the opportunity.

14

| | |
|---|---|
| PAGAN: | 55 |
| RJ: | 55. Um, are you having, I mean the seriousness of this thing to is if you're having a drug problem now, its um, I mean I know you're 55 years old, but I don't know if you've been to rehab before or done things before, but the thing is the drug problem is the thing that's getting you into this trouble and the, and the thing that's making you do these stupid things, okay, so if you're having a drug problem now, um you need to get that fixed. Okay, you need to take care of that. You still with me? |
| PAGAN: | I I have no drug problem. |
| RJ: | You what? |
| PAGAN: | I have no drug problem. |
| RJ: | You have a drug problem? |
| PAGAN: | I don't. |
| RJ: | You don't? |
| PAGAN: | No |
| RJ: | Okay, than why are you sent, why are you sent, are you, why are you receiving these boxes for people? |
| PAGAN: | What you mean. This is the first time what you talking about how, you said why am I receiving. |
| RJ: | Right, why are you receiving boxes for these people? |
| PAGAN: | This, this one time I did it. |
| RJ: | Okay, okay why are you doing it than? |
| PAGAN: | I needed the money to pay the rent cause I wasn't working. |
| RJ: | Okay |
| PAGAN: | But I didn't know what was in it. |

15

RJ: Okay, and you said that, that they gave you three hundred dollars. What did you think was in it?

PAGAN: I don't know, I don't

RJ: Hold on, hold on Larry I've been talking to you for a little while and I can tell that you're not stupid. Okay, so when somebody comes up to me and says hey receive the parcel for me for three hundred dollars, I'd get suspicious. That's just me though, now

PAGAN: Hold on, can you hold on, hold on. Hello.

RJ: Yeah

PAGAN: Okay, what now?

RJ: (inaudible)

PAGAN: Yeah, hello.

RJ: Yeah, I'm still here.

PAGAN: Oh

RJ: What's up?

PAGAN: No, I, I had a call

RJ: Okay

PAGAN: (mumbles) so what? So, so what now?

RJ: What do you mean so what now? Its up to you the ball is on your court. You want to, you want to be able to talk to us today or I got some people on ah, in ah the Hilo side that can come down and talk to you and they

PAGAN: I don't want to talk, no I want to talk to just you and nobody else.

RJ: Say what?

PAGAN: Just maybe you and nobody else.

RJ: Okay, all right.

16

PAGAN: Not today, I, I cannot do it today okay.

RJ: Okay, um, what is, is today Tuesday?

PAGAN: Ah huh

RJ: Well, uh, I'll fly over to Hilo tomorrow if you want to talk okay

PAGAN: Alright

RJ: But I'm not going to fly over there and have you not show up for the meeting okay because its going to be a waste of time and a waste of money alright. So if your going to talk I'am gonna fly over there and I'm going to give you a call and we're going to meet alright.

PAGAN: Oh man fuck!

RJ: Yeah you're in trouble that's, its true, okay.

PAGAN: Huh

RJ: We're going to work through this thing.

PAGAN: I'm (inaudible) like getting me a lawyer now.

RJ: Okay that's up to you. (pause) so you want to meet with me tomorrow or not?

PAGAN: Um, don't let me just say yes right now, why don't you call me back okay. Can you call me back?

RJ: What time do you want me to call you back?

PAGAN: Call me back in couple hours okay.

RJ: Okay, what's going to happen in a couple of hours?

PAGAN: I just going sit down and think, I just need to sit down and think this thing over okay.

RJ: Okay, right down my phone number.

17

| | |
|---|---|
| PAGAN: | (pause) you no more one pencil? |
| RJ: | Who's that there with you? |
| PAGAN: | What? |
| RJ: | Who's with you? |
| PAGAN: | Um, my niece. |
| RJ: | Okay |
| PAGAN: | Hold on. (long pause) (inaudible) I cannot find one pencil, how you like that? Hold on. |
| RJ: | Okay |
| PAGAN: | Okay, what's the number. |
| RJ: | 808861 |
| PAGAN: | 861 wait, wait hold on |
| RJ: | 8440 |
| PAGAN: | (long pause) 861 |
| RJ: | Ah huh |
| PAGAN: | Okay |
| RJ: | 8440. My name is Rich Jones. Okay that's my office number. |
| PAGAN: | 8618440 |
| RJ: | Yup, okay |
| PAGAN: | Alright (inaudible) alright chief |
| RJ: | Alright give me a call back today. |
| PAGAN: | Alright |
| RJ: | Alright bye |

PAGAN:    Bye

**\*\*\* END OF CONVERSATION \*\*\***